# EXHIBIT B

# DECLARATION OF KEN HORTON

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.     My name is Ken Horton.  I am over the age of nineteen and I have personal knowledge of the facts in this Declaration.

2.     I am employed by Sewon America, Inc. ("Sewon") at its LaGrange, Georgia facility as the General Manager of Human Resources ("HR") and I was employed in that position during the time Plaintiff Jefferson was employed at the Sewon facility in 2013.

3.     My position as General Manager of Human Resources includes my role as the ultimate custodian of the Team Member policy handbook as well as the personnel and employment records of current and past Sewon employees.

4.     Attached to this Declaration is Exhibit 1 which contains Rule 40 from the Team Member Handbook in effect when Ms. Jefferson was employed by Sewon and her acknowledgement of such Handbook. Rule 40 and specifically paragraphs 5, 7 and 16 of such Rule state that "falsehoods;" "falsifying documents and records;" and "misrepresenting, concealing, distorting or other fabrication of Sewon America's employment application or on a resume" will all result in discipline up to and including immediate termination.

5.     Attached to this Declaration are also Exhibits 2 and 3.  These are true and accurate copies of the Separation Notice for former Sewon employee, Ms. Melissa Thomas as well as the employment application and discharge notice for former Sewon employee, Mr. Irvin Smith.

6.     As shown by Exhibit 2, Ms. Thomas was discharged from Sewon on or about February 4, 2014 because she falsified Sewon documents and records.

7.    As shown by Exhibit 3, Mr. Smith stated on his employment application submitted in November 2010 to Sewon that he had never before been convicted of a crime. After Sewon learned that Mr. Smith's statement above was false, Sewon discharged Mr. Smith in December 2010 for that reason.

8.    I have been a manager of Sewon's Human Resources Department since 2009. Since that time, I am aware of no instance where Sewon management was aware of an applicant or employee who had falsified information on their employment application or other Company documents with Sewon and where that individual was either hired or retained after Sewon learned of such misrepresentation.

9.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2016.

_Ken Horton_
KEN HORTON

# EXHIBIT 1

The Human Resources Executive team will make the final decision regarding the team member's employment status.

All warnings will be placed in team member's personnel file for a period of up to one year.

**Policy 40. Disciplinary and Termination Rules**

1) All of the disciplinary rules contained in this section are meant to give a general outline of conduct expected by Sewon America team members. The listing of prohibited conduct is not an all inclusive list.

Sewon America retains the right to evaluate what conduct is disruptive to the Company.

Any violation of the disciplinary rules contained in this policy in other sections of this Handbook or other behavior which Sewon America determines to be unacceptable will result in disciplinary action against the team member, up to and including immediate termination.

The following conduct is strictly prohibited in the company.

1. Abuse of property, impropriety and theft
2. Abuse of Team Member positions or benefits for personal gain
3. Disobeying instruction given by a Supervisor or another member of management.
4. Initiating unscheduled meetings, gatherings, and posting notices not approved by company
5. Rumors and falsehood
6. Campaigning, i.e. political campaign, without company approval is prohibited.
7. Falsifying documents and records
8. Exposure of the company's documents or financing documents to the outside sources without permission
9. Forgery and inappropriate use of company funds, i.e. unauthorized check.
10. Revealing the wage system of Team Members
11. Violating the regulation of company assets
12. Working under the influence of alcohol or illegal drugs or possession thereof
13. Destruction or abuse of property belonging to another team member or Sewon America
14. Possession, concealment or use of firearms or other weapons on Sewon America property.
15. Falsifying Company records or documents, including clocking Team Member's in/out for work or production.
16. Misrepresenting, concealing, distorting or other falsification of information on Sewon America's employment application or on a resume.
17. Fighting, horseplay, physically or verbally harassing another team member.
18. Abusive or threatening acts or language toward a supervisor or another team member.
19. Insubordination, including the failure or refusal to perform a proper work assignment.
20. Absent over 3 days.
21. Team Members are prohibited from engaging in any "inside deals" or other "kickbacks" from vendors, customers or any other parties or engaging in any business transactions that would be detrimental to Sewon.
22. Three (3) or more Violations of the team member Dress Code Policy.
23. Gross negligence, gross carelessness, or willful acts which result, or could result, in a loss of production.
24. Not attending to work by sleeping, loafing, loitering, reading, visiting or excessive talking during work hours.
25. Violation of the Substance Abuse Policy.
26. Violation of the Workplace Violence Policy.

JEFFERSON00035

27. Violation of the Non-Smoking Policy.
28. Misrepresentations concerning any matter affecting employment.
29. Violation of the No Harassment Policy.
30. Derogatory statements about Sewon America to a customer or potential customer or supplier that does, or could, adversely affect customer relations, or the possible loss of a customer or potential customer or adversely affect the company's relationship with a supplier. This includes suspicions of leaving such negative or contempt image of Sewon
America on a customer or potential customer.
31. Violation of the Company's Safety Rules, deliberate or unintentional
32. Being absent from one's work station for an excessive period without authorization, or loitering in work areas or departments including one's own department, or distracting or interfering with other team members' work duties.
33. Violation of federal, state and county law which cause a negative effect for the operation of the company and a decrease in efficiency on team member's work duties or company affairs
34. Behaviors that lead to a negative effect on production, quality and safety issues and cause damage to the company.
35. Violation of the Computer/Internet Usage, Email and Voicemail Policy
36. The unauthorized operation of a machine or equipment that is locked out or tagged out
37. The unauthorized removal of a lock out or tag out device from a machine, equipment, control panel or electrical panel.
38. The unauthorized tampering with any locks out or tag out devices.
39. Making personal telephone calls during work, except emergency calls.
40. Consuming or possessing food or beverage on the production floor, with the exception of water in approved containers.
41. Revealing confidential information to unauthorized persons.
42. Deliberate failure to clock in/out any time the building is entered or exited
43. Failing to time scan, fraudulently time scanning, tampering with the time scanning of another team member or attempting to induce another to commit the offense.
44. Occurring or publishing of false, vicious or malicious statements concerning any Team Member, supervisor, the company or its products, customers or vendors.
45. Filing a fraudulent claim for any insurance benefits.
46. Unauthorized usage of properties, equipments or facilities of company
47. Removal all kinds of property or records from the premises of company without approval by company.
48. Filing a known false complaint against other team members.
49. Fail to observe the working schedule, including lunch and break time.
50. Walking off his/her job, leaving early, failure to return to work from lunch or break or leaving Company premises without permission from your supervisor.
51. Allowing other workers, family members or any other third party to enter the plant without permission of the department designated by the company at any time of the day.
52. Poor quality work or failure to follow the quality assurance procedures.
53. Unauthorized working overtime.
54. Gambling, misuse of bulletin board or notification inside of company or during the work time.
55. Any actions that wastes company property and expenses.
56. Food and Beverage in plant
57. Violation of policies and regulations of the company.

※ Team Members who disobey the regulations as stated above will be subject to disciplinary action to include a verbal warning, written warning, suspension up to and including termination. Some

JEFFERSON00036

violators of Sewon Policies may begin anywhere in the disciplinary process depending on the severity of the policy violations. NOT ALL INCLUSIVE EXAMPLES of violations that may begin at suspension up to and including termination are the following: Gross insubordination, repeated absent from one's work station, job abandonment, rumors and falsehood, falsifying documents and records, punching in a Team Member, Violation of Workplace Violence Policy, etc.,

**Policy 41. Separation Process**

1 ) In the event the Team Member desires to resign from the company, the Team Member should report the resignation and provide the company a (2) two week notice period. The Team Member will be expected to work the notice in the same professional manner. Also, the Team Member will be responsible for giving back all Sewon property before leaving the company or as soon as reasonably possible. All financial obligations to the Company must be settled or finalized. An exit interview with human resources may be conducted on your last day of work. Team Member will receive final pay on the next payroll pay date.
2 ) Team members not working the two (2) week separation notice period, will not receive their unused PTO.
3 ) Team members terminated for cause will not receive any PTO at separation.

**Policy 42.  Safety and Health**

1) Sewon America's philosophy is to promote the greatest possible degree of personal safety for each individual involved in the manufacturing of products.
Sewon America believes that maintaining the safety of its team members is one of the most important responsibilities of all people employed at this Plant.
Safety is a cooperative effort toward which all must work to prevent injury. When someone is injured everyone loses, the team member, their family, the coworkers and Sewon America.
Again, everyone must work individually and collectively toward establishing and maintaining a strong and effective safety program. A Safety Handbook will be provided at your initial orientation.
2) SAFETY RULES:
Violation of any of the following safety rules is a serious offense and violators may be subject to disciplinary action, up to and including termination.
1. Wear approved safety glasses and hearing protection when in manufacturing areas at all times. Repeated violation of these policies will cause disciplinary action up to and including termination.
2. Never operate any machine or equipment unless specifically authorized to do so by your supervisor.
3. Do not operate defective equipment and/or use broken hand tools.
4. Each person is responsible for maintaining the cleanliness of his/her work area and the plant. Good housekeeping will prevent needless accidents.
5. Be familiar with the Material Safety Data Sheets (MSDS) on the products and materials  used in your work areas and if there are questions ask the supervisor or Human Resources department personnel for assistance.
6. Avoid spilling liquids. Any spills must be reported immediately to a supervisor and cleaned up properly according to MSDS.
7. Check machines before operating; making sure all guards are in place.
8. Never operate equipment without proper guarding.
9. Robot machines operate automatically without warning and in very rapid movements. Always exercise extreme caution in any Robot machine area.
10. Never defeat, disconnect or override any pressure sensitive operating safety devise.
11. Keep all fingers and hands away from moving machinery and steel.  Never guide steel into a machine with hands.

JEFFERSON00037

All Team Members are given a copy of the Team Member Handbook. Each Team Member is to review the Company policies, guidelines and the Business conduct included in the Team Member Handbook. Each Team Member should then sign this Acknowledgment Form and return it to the Human Resources Representative.

# ACKNOWLEDGMENT

## SEWON AMERICA, INC.

## TEAM MEMBER HANDBOOK

## AND

## BUSINESS CONDUCT

I understand the Team Member Handbook and the Business conduct set the guidelines for the employment relationship. The Company may change these guidelines at any time. Neither the whole documents nor any part of these documents create a contract of employment, expressed or implied. My signature below establishes that I have received the Team Member Handbook and Business conduct for Sewon America, Inc.

6/15/13
_____
DATE

Jeibenie Jefferson
_____
TEAM MEMBER NAME (Please Print)

_____
TEAM MEMBER SIGNATURE



DEFENDANT'S
EXHIBIT
8
Jefferson

DENGAD 800-631-6989

# EXHIBIT 2



State of Georgia
Department of Labor

# SEPARATION NOTICE

1. Employee's
   Name    Melissa Thomas                                              2. SSN _____ - ____ - _____

   a. State any other name(s) under which employee worked: _____

3. Period of Last Employment:    From _____01/26/2012_____    To _____02/04/2014_____

4. REASON FOR SEPARATION:  ☐ a. LACK OF WORK

                           ☐ b. If other than lack of work, state fully and clearly the circumstances of the separation.  Type Below.

> Discharged for falsification of documents and records and violation of policies and regualtions of the company.

5. Employee received payment for:  (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)    DO NOT include vacation pay or earned wages.

   type of payment _____ in the amount of  $_____    for period from: _____    to _____

   Date above payment(s) was/will be issued to employee: _____

   IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.

   $ _____ per month    _____ % of contributions paid by employer.

6. Did this employee earn at least $3,500.00 in your employ?  ☒ YES    ☐ NO    If NO, how much?  $_____

                                               Average Weekly Wage:  $_____520.00_____

Employer's
Name    SEWON AMERICA, INC

Address  1000 SEWON BLVD

City _____LAGRANGE_____  State GA  Zip Code 3 0 2 4 1

Employer's
Telephone No. ( 7  0  6 )  2  9  8  -  5  8  0  0   Ext. _____

Ga. DOL
Account
Number   9   9   0   7   4   3   -   0   7

(Number shown on Employer's Quarterly Tax and Wage
Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from
work and the information furnished hereon is true and
correct. This report has been handed to or mailed to the worker.

_____
Signature of Official, Employee of the Employer
or authorized agent for the employer

HR Specialist
_____
Title of Person Signing

2/4/2014
_____
Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA
Section 34-8-190(c), to provide the employee with this document, properly executed, giving
the reasons for separation. If you subsequently receive a request for the same information
on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your
response.

### NOTICE TO EMPLOYEE

OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA
DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

DOL-800 (R-08/05)

# EXHIBIT 3

# Employment Application Form (H-1)



\* Please print or type all information requested except signature.

\* Applicants will be tested for illegal drugs.

Date: _____

Name _*Irvin*_ _*Smith*_ _*Lee*_
                (First)          (Last)         (Middle)

Present Address _*40 Hutchin*_ _*West/pte*_
               (Number)       (Street)       (City)

                       _*Ga*_       _*31833*_
                     (State)      (Zip)

Telephone        (Home) _*706-489-3040*_  (Cel) _*762-323-9458*_

Email Address _____

| | | |
|---|---|---|
| 18 years of age or older? | (yes) | No |
| Are you available to work overtime? | (yes) | No |
| Are you available to work or attend the training at night or weekend? | (yes) | No |

Employment desired   (full-time only)   part-time only   full- or part-time

When available for work? _*Any Time*_

Are you legally eligible to work in the U.S?  (yes)   No   If yes, Status?

If no, can you provide a work permit?   yes   No   If yes, What Permit?

Do you have any relatives working for Sewon America?   yes   (No)

If yes, please write name and relation: _____

Have you worked for any automotive manufacturing plant?   yes   (No)

If yes, what was your position in that company? _____

## Education & Other Information

| Type of School | Name of School | Location | No.of years completed | Major & Degree |
|---|---|---|---|---|
| High School | *Fulton* | *Atlanta* | *12* | |
| College | | | | |
| Business or Trade School | | | | |
| University | | | | |
| Professional School | | | | |

## Special Skills (Check those skills that apply)

PLC       Mechanical       Computer

Electrical       Calculator       (Forklift)

Welding       (Carpentry-Construction)       Pneumatics

## List other Experiences or Qualifications

## Have you ever been convicted of a crime, including guilty and nolo contendere pleas?

(Do not include traffic violations, sealed, annulled, or expunged records. An answer of yes to this question will not automatically disqualify you from consideration for employment. Factors such as the date and seriousness of the offense, and the relationship between the conviction and the duties/responsibilities of the applied for position, will be considered.)

yes       (No)

| | Offense: | When? |
|---|---|---|
| 1 | | |
| 2 | Offense: | When? |
| 3 | Offense: | When? |
| 4 | Offense: | When? |
| 5 | Offense: | When? |

## Please list two references other than relatives or previous employer.

| 1 | | 2 | |
|---|---|---|---|
| Name | John Greenlee | Name | Dudley Gordon |
| Position | Construcion Work | Position | Salue |
| Company | | Company | Use Csr |
| Address | Waverly Hall | Address | Veteran Park |
| Telephone | 706-566-7858 | Telephone | |

## Military

Have you ever been in the armed forces?       yes       (No)

Specialty:   No       Date Entered:   no       Date Discharged:   no

2

## Work Experience

Please list your work experience beginning with your most recent job held. If you were self-employed, give firm name. Attach additional sheets if necessary.

### Job1

| Date | 4/03/4 - 09 | Salary (start) 10.00 | | (final) 13.75 |
|---|---|---|---|---|
| Name of Company | | Jenkins Brick | Phone number | 706-681-0655 |
| Name of last supervisor | | Stacey Bryson | Last Job Title | Forklift Oper |
| Complete Address | | 7416 veterans Parkway Columbus | | |
| Reason for leaving (Be Specific) | | Laid off Market downtime | | |
| List the job you held, duties performed, skill used or learned, advancements or promotions while you worked at this company | | | | |
| | Lift Operator | | | |

### Job2

| Date | 2/00 - 7/02 | Salary (start) 7.75 | | (final) 9.15 |
|---|---|---|---|---|
| Name of Company | | Milliken Carpet | Phone number | |
| Name of last supervisor | | Walker | Last Job Title | Cuter |
| Complete Address | | LaGrange Ga 30240 | | |
| Reason for leaving (Be Specific) | | moved to Columbus GG | | |
| List the job you held, duties performed, skill used or learned, advancements or promotions while you worked at this company | | | | |
| | Cuter / | | | |

### Job3

| Date | ~ | Salary (start) | | (final) |
|---|---|---|---|---|
| Name of Company | | | Phone number | |
| Name of last supervisor | | | Last Job Title | |
| Complete Address | | | | |
| Reason for leaving (Be Specific) | | | | |
| List the job you held, duties performed, skill used or learned, advancements or promotions while you worked at this company | | | | |
| | | | | |

May we contact your present employer?              (yes)        No

**Reason to Apply for Sewon America**

New - Opportunty

Need work & ~~need~~ dependeber

**Position Desired**

Open

**Description of Skills and Knowledge**

Specializing In Brick & Block

**Work Experiences and Activities**

Herd Worker

**Future Resolution / Weak & Strong Point / Specialty**

What Ever It Take to get Job Done

## APPLICATION FORM WAIVER

In exchange for the consideration of my job application by SEWON AMERICA INC. (hereinafter called "the Company"), I agree that:

Neither the acceptance of this application nor the subsequent entry into any type of employment relationship, either in the position applied for or any other position, and regardless of the contents of employee handbooks, personnel manuals, benefit plans, policy statements, and the like as they may exist from time to time, or other Company practices, shall serve to create an actual or implied contract of employment, or to confer any right to remain an employee of SEWON AMERICA INC., or otherwise to change in any respect the employment-at-will relationship between it and the undersigned, and that relationship cannot be altered except by a written instrument signed by the President /General Manager of the Company. Both the undersigned and SEWON AMERICA INC. may end the employment relationship at any time, without specified notice or reason. If employed, I understand that the Company may unilaterally change or revise their benefits, policies and procedures and such changes may include reduction in benefits.

I authorize investigation of all statements contained in this application. I understand that the misrepresentation or omission of facts called for is cause for dismissal at any time without any previous notice. I hereby give the Company permission to contact schools, previous employers (unless otherwise indicated), references, and others, and hereby release the Company from any liability as a result of such contract.

I also understand that (1) the Company has a drug and alcohol policy that provides for pre-employment testing as well as testing after employment; (2) consent to and compliance with such policy is a condition of my employment; and (3) continued employment is based on the successful passing of testing under such policy. I further understand that continued employment may be based on the successful passing of job-related physical examinations.

I understand that, in connection with the routine processing of your employment application, the Company may request from a consumer reporting agency an investigative consumer report including information as to my credit records, character, general reputation, personal characteristics, and mode of living. Upon written request from me, the Company, will provide me with additional information concerning the nature and scope of any such report requested by it, as required by the Fair Credit Reporting Act.

Signature of Applicant: _Quinn L. Smith_    Date: _11-17-10_

This Company is an equal employment opportunity employer. We adhere to a policy of making employment decisions without regard to race, color, religion, sex, sexual orientation, national origin, citizenship, age or disability. We assure you that your opportunity for employment with this Company depends solely on your qualifications.

**Thank you for completing this application form and for your interest in our business.**

# LETTER OF RESIGNATION OR TERMINATION

| DEPARTMENT | | TITLE / POSITION | |
|---|---|---|---|
| NAME | Irvin Smith | SOCIAL SECURITY NO. | |
| ADDRESS | | | |
| START DATE | | DATE OF RESIGNATION | December 14, 2010 |
| SERVICE PERIOD | . .200 ~ | . .200 | ( year month) |

## REASON

**1. Reason for Resignation or Termination**

☐ Personal  ☐ Health  ☐ Own Business  ☐ Change of Job

☐ Relocation  ☐ Study  ☒ Others :  *Article 30*

**2. Details:**

*Article 30 sub 7; Falsifying documents + Records.*

| Responsibility | Security Guard | | | Human Resources | | | Responsible Department | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | Safety Shoes | Emp'ee Handbook | Uniform | ID Card | Work Cap | Safety Glasses | Computer | Desk Key | Safety Cap | Credit Card | Etc |
| O, X | | | | X | | | | | | | |
| Received by | | | | *KK* | | | | | | | |

※ Every issued item must be turned into the responsible areas before leaving, Uniforms and Safety Shoe are to be turned into the Security Office the next day to avoid being charged. ID Cards must be turned into the IT Department immediately after Team Member has left.

**Submit this application and Request for the approval.**

_____      *KKdlaugol* 12/14/10

**Team Member Signature  Date**      **Signature  Date**

**Comment by Supervisor**

_____

_____

_____

| | | | | Supervisor |
|---|---|---|---|---|

| ☞ **Applying Department** | | | | | | ☞ **HR Department** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Signature | Associate | Asst.Mgr | Mgr | GM | V.P | Signature | Associate | Asst.Mgr | Mgr | GM | President |
| | | | | | | | | | | | |

SEWON AMERICA, INC.

Improve the living condition with Cost Reduction
Letter(8.5X11)